**Electronically Filed
Supreme Court
SCWC-12-0000741
11-MAR-2015
08:29 AM**

SCWC-12-0000741

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRISTIE ADAMS, Petitioner/Plaintiff-Appellant,

vs.

CDM MEDIA USA, INC., Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000741; CIV. NO. 11-1-0931)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,
filed on February 24, 2015, is corrected as follows:

"perpetual" is corrected to read "pretextual" on page
16, in line 5 of the indented quotation.

The Clerk of the Court is directed to take all
necessary steps to notify the publishing agencies of this
change.

DATED: Honolulu, Hawaiʻi, March 11, 2015.

/s/ Richard W. Pollack

